IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: COMCAST CORP. SET-TOP CABLE TELEVISION BOX ANTITRUST LITIGATION ) ) ) ) | CIVIL ACTION NO. 2:09-md-02034-AB |

**PLAINTIFFS' MOTION FOR
CERTIFICATION OF A SETTLEMENT CLASS AND
PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs James E. Deanne, Theodore William Frazier, Debra Koller, Lucas Mays, and Daniel Steele respectfully move, on behalf of themselves and the proposed Class, for an order (1) certifying a settlement class (the "Class"), (2) granting preliminary approval to a class action settlement with Defendants Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Communications, LLC, and Comcast Cable Communications Holdings, Inc., (3) approving the forms of Notice and directing Notice to the Class, (4) approving the proposed Claim Form, (5) appointing a Claims Administrator to disseminate Notice and receive and process Class members' claims; and (6) setting a schedule for completion of the Settlement approval process.

The reasons in support of this motion are set forth in Plaintiffs' accompanying memorandum of law.

DATED:  June 3, 2013                                                    Respectfully submitted,

                                                                                         */s/ Dianne M. Nast*
Stephen A. Corr                                                             Dianne M. Nast
Stark and Stark                                                               NastLaw, LLC
777 Township Line Road, Suite 120                           1101 Market Street, Suite 2801
Yardley, Pennsylvania 19067                                    Philadelphia, Pennsylvania  19107

*Plaintiffs' Liaison Counsel*                                       *Plaintiffs' Lead Counsel*

| | |
|---|---|
| Kenneth A. Wexler<br>Edward A. Wallace<br>Amy E. Keller<br>Wexler Wallace LLP<br>55 West Monroe Street, Suite 3300<br>Chicago, Illinois 60602 | Joe R. Whatley, Jr., Esquire<br>Whatley, Drake & Kallas<br>1540 Broadway, 37th Floor<br>New York, New York 10036 |
| Michael L. Murphy<br>John W. Barrett<br>Bailey & Glasser, LLP<br>209 Capitol Street<br>Charleston, West Virginia 25301 | William M. Sweetnam, Esquire<br>Sweetnam LLC<br>582 Oakwood Avenue, Suite 200<br>Lake Forest, Illinois 60045 |
| Joseph F. Devereux, Jr.<br>Devereux Murphy LLC<br>190 Carondelet Plaza, Suite 1100<br>St. Louis, Missouri 63105 | Harry F. Bell, Jr.<br>Jonathan W. Price<br>The Bell Law Firm, PLLC<br>30 Capitol Street<br>Charleston, West Virginia 25301 |
| Robert M. Foote<br>Matthew J. Herman<br>Foote, Meyers, Mielke & Flowers, LLC<br>28 North First Street, Suite 2<br>Geneva, Illinois 60134 | John F. Edgar<br>Michael D. Pospisil<br>Edgar Law Firm LLC<br>1032 Pennsylvania Avenue<br>Kansas City, Missouri 64105 |
| Leonard V. Fodera<br>Michael P. Lalli<br>Fodera, Long & Lalli<br>1835 Market Street, Suite 1717<br>Philadelphia, Pennsylvania 19103 | Daniel E. Gustafson<br>Karla M. Gluek<br>Gustafson Gluek, PLLC<br>650 Northstar East<br>Second Avenue South<br>Minneapolis, Minnesota 55402 |
| Daniel E. Becnel, Jr.<br>Daniel E. Becnel, III<br>Matthew B. Moreland<br>Becnel Law Firm<br>P.O. Drawer H<br>Reserve, Louisiana 70084 | Dennis G. Pantazis<br>Brian M. Clark<br>Wiggins, Childs, Quinn & Pantazis, LLC<br>The Kress Building<br>301 Nineteenth Street North<br>Birmingham, Alabama 35203 |
| Peter Macuga<br>Macuga, Liddle & Dubin, P.C.<br>975 East Jefferson Avenue<br>Detroit, Michigan 48207-3101 | |

*Plaintiffs' Steering Committee*

| | |
|---|---|
| Anthony J. Medico<br>Frank Napolitano<br>The Law Offices of<br>Medico & Napolitano, LLC<br>7 Benedict Place<br>Greenwich, CT 06830 | Brian G. Weber<br>Johns, Flaherty, & Collins, SC<br>Exchange Building<br>Suite 600, 205 5th Avenue South<br>P.O. Box 1626<br>La Crosse, Wisconsin 54602 |
| Kathleen C. Chavez<br>Chavez Law Firm, P.C.<br>28 North First Street, Suite 2<br>Geneva, Illinois 60134 | Stephen W. Mullins<br>Luckey & Mullins, PLLC<br>Post Office Box 990<br>Ocean Springs, Mississippi 39566 |
| John A. Corr<br>Law Office of John A. Corr<br>301 Richard Way<br>Collegeville, Pennsylvania 19426 | Natalie Finkelman Bennett<br>Shepherd, Finkelman, Miller & Shah, LLP<br>35 East State Street<br>Media, Pennsylvania 19063 |
| Guido Saveri<br>Saveri & Saveri, Inc.<br>706 Sansome Street<br>San Francisco, California 94111 | Robert S. Kitchenoff<br>Weinstein Kitchenoff & Asher LLC<br>1845 Walnut Street<br>Suite 1100<br>Philadelphia, Pennsylvania 19103 |

*Additional Plaintiffs' Counsel*