**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: COMCAST CORP. SET-TOP<br>CABLE TELEVISION BOX ANTITRUST<br>LITIGATION<br>_____ | )<br>)<br>)<br>)    CIVIL ACTION NO. 2:09-md-02034-AB |

**PLAINTIFFS' RENEWED MOTION FOR**
**CERTIFICATION OF A SETTLEMENT CLASS AND**
**PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

Plaintiffs James E. Deanne, Debra Koller, Leopoldo Herrera and Daniel Steele respectfully move, on behalf of themselves and the proposed Class, for an order (1) certifying a settlement class (the "Class"), (2) granting preliminary approval to the second amended class action settlement with Defendants Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Communications, LLC, and Comcast Cable Communications Holdings, Inc., (3) approving the forms of Notice and directing Notice to the Class, (4) approving the proposed Claim Form, (5) appointing a Claims Administrator to disseminate Notice and receive and process Class members' claims; and (6) setting a schedule for completion of the Settlement approval process.

The reasons in support of this amended motion are set forth in Plaintiffs' accompanying memorandum of law.

February 24, 2014

Respectfully submitted,

_/s/ Dianne M. Nast_____

| | |
|---|---|
| Stephen A. Corr<br>John A. Corr<br>Stark & Stark<br>777 Township Line Road<br>Yardley, Pennsylvania 19067<br><br>*Plaintiffs' Liaison Counsel* | Dianne M. Nast<br>Erin C. Burns<br>NastLaw LLC<br>1101 Market Street<br>Suite 2801<br>Philadelphia, Pennsylvania 19107<br><br>*Plaintiffs' Lead Counsel* |

Kenneth A. Wexler
Edward A. Wallace
Amy E. Keller
Wexler Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60602

Joe R. Whatley, Jr., Esquire
Whatley Kallas LLP
1180 Avenue of the Americas, 20th Floor
New York, New York 10036

Michael L. Murphy
Bailey & Glasser, LLP
910 17th Street, N.W.
Washington, District of Columbia 20006

Harry F. Bell, Jr.
William L. Bands
Jonathan W. Price
The Bell Law Firm, PLLC
30 Capitol Street
Charleston, West Virginia 25301

Joseph F. Devereux, Jr.
Devereux Murphy LLC
101 South Hanley, Suite 400
Clayton, Missouri 63105

John F. Edgar
Michael D. Pospisil
Edgar Law Firm LLC
1032 Pennsylvania Avenue
Kansas City, Missouri 64105

Robert M. Foote
Kathleen C. Chavez
Foote, Mielke, Chavez & O'Neil, LLC
10 West State Street, Suite 200
Geneva, Illinois 60134

Daniel E. Gustafson
Karla M. Gluek
Michelle J. Looby
Gustafson Gluek, PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402

Leonard V. Fodera
Fodera & Long
1500 Walnut Street, Suite 900
Philadelphia, Pennsylvania 19102

William M. Sweetnam
Sweetnam LLC
582 Oakwood Avenue, 200
Lake Forest, Illinois 60045

Daniel E. Becnel, Jr.
Matthew B. Moreland
Becnel Law Firm
P.O. Drawer H
Reserve, Louisiana 70084

Dennis G. Pantazis
Brian M. Clark
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203

Peter Macuga
Macuga, Liddle & Dubin, P.C.
975 East Jefferson Avenue
Detroit, Michigan 48207-3101

*Plaintiffs' Steering Committee*

Anthony J. Medico
Frank Napolitano
The Law Offices of
Medico & Napolitano, LLC
7 Benedict Place
Greenwich, CT 06830

Guido Saveri
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, California 94111

Robert S. Kitchenoff
Weinstein Kitchenoff & Asher LLC
1845 Walnut Street
Suite 1100
Philadelphia, Pennsylvania 19103

Brian G. Weber
Johns, Flaherty, & Collins, SC
Exchange Building
Suite 600, 205  5th Avenue South
P.O. Box 1626
La Crosse, Wisconsin 54602

Stephen W. Mullins
Luckey & Mullins, PLLC
Post Office Box 990
Ocean Springs, Mississippi 39566

Natalie Finkelman Bennett
Shepherd, Finkelman, Miller & Shah, LLP
35 East State Street
Media, Pennsylvania 19063

*Additional Plaintiffs' Counsel*