IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: COMCAST CORP. SET-TOP CABLE TELEVISION BOX ANTITRUST LITIGATION ) ) ) ) | CIVIL ACTION NO. 2:09-md-02034-AB |

**PLAINTIFFS' UNOPPOSED MOTION TO WITHDRAW INITIAL MOTION FOR PRELIMINARY APPROVAL AND AMENDMENT THERETO**

On June 3, 2013, Plaintiffs filed their initial Motion for Certification of a Settlement Class and Preliminary Approval of Class Action Settlement and amended that motion on June 28, 2013. *See* Docket Nos. 178 and 181. Plaintiffs are today filing their Renewed Motion for Certification of a Settlement Class and Preliminary Approval of Class Action Settlement, which replaces that initial Motion and Amendment.

Plaintiffs therefore seek to withdraw the initial Motion and Amendment as they are now moot.

Defendants consent to the relief requested in this motion.

February 24, 2014

Respectfully submitted,

*/s/ Dianne M. Nast*_____
Dianne M. Nast
Erin C. Burns
NastLaw LLC
1101 Market Street
Suite 2801
Philadelphia, Pennsylvania 19107

Stephen A. Corr
John A. Corr
Stark & Stark
777 Township Line Road
Yardley, Pennsylvania 19067

*Plaintiffs' Liaison Counsel*

*Plaintiffs' Lead Counsel*

Kenneth A. Wexler
Edward A. Wallace
Amy E. Keller
Wexler Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60602

Joe R. Whatley, Jr., Esquire
Whatley Kallas LLP
1180 Avenue of the Americas, 20th Floor
New York, New York 10036

| | |
|---|---|
| Michael L. Murphy<br>Bailey & Glasser, LLP<br>910 17th Street, N.W.<br>Washington, District of Columbia 20006 | Harry F. Bell, Jr.<br>William L. Bands<br>Jonathan W. Price<br>The Bell Law Firm, PLLC<br>30 Capitol Street<br>Charleston, West Virginia 25301 |
| Joseph F. Devereux, Jr.<br>Devereux Murphy LLC<br>101 South Hanley, Suite 400<br>Clayton, Missouri 63105 | John F. Edgar<br>Michael D. Pospisil<br>Edgar Law Firm LLC<br>1032 Pennsylvania Avenue<br>Kansas City, Missouri 64105 |
| Robert M. Foote<br>Kathleen C. Chavez<br>Foote, Mielke, Chavez & O'Neil, LLC<br>10 West State Street, Suite 200<br>Geneva, Illinois 60134 | Daniel E. Gustafson<br>Karla M. Gluek<br>Michelle J. Looby<br>Gustafson Gluek, PLLC<br>Canadian Pacific Plaza<br>120 South 6th Street, Suite 2600<br>Minneapolis, Minnesota 55402 |
| Leonard V. Fodera<br>Fodera & Long<br>1500 Walnut Street, Suite 900<br>Philadelphia, Pennsylvania 19102 | William M. Sweetnam<br>Sweetnam LLC<br>582 Oakwood Avenue, 200<br>Lake Forest, Illinois 60045 |
| Daniel E. Becnel, Jr.<br>Matthew B. Moreland<br>Becnel Law Firm<br>P.O. Drawer H<br>Reserve, Louisiana 70084 | Dennis G. Pantazis<br>Brian M. Clark<br>Wiggins, Childs, Quinn & Pantazis, LLC<br>The Kress Building<br>301 Nineteenth Street North<br>Birmingham, Alabama 35203 |
| Peter Macuga<br>Macuga, Liddle & Dubin, P.C.<br>975 East Jefferson Avenue<br>Detroit, Michigan 48207-3101 | |

*Plaintiffs' Steering Committee*

| | |
|---|---|
| Anthony J. Medico<br>Frank Napolitano<br>The Law Offices of<br>Medico & Napolitano, LLC<br>7 Benedict Place<br>Greenwich, CT 06830 | Brian G. Weber<br>Johns, Flaherty, & Collins, SC<br>Exchange Building<br>Suite 600, 205  5th Avenue South<br>P.O. Box 1626<br>La Crosse, Wisconsin 54602 |
| Guido Saveri<br>Saveri & Saveri, Inc.<br>706 Sansome Street<br>San Francisco, California 94111 | Stephen W. Mullins<br>Luckey & Mullins, PLLC<br>Post Office Box 990<br>Ocean Springs, Mississippi 39566 |
| Robert S. Kitchenoff<br>Weinstein Kitchenoff & Asher LLC<br>1845 Walnut Street<br>Suite 1100<br>Philadelphia, Pennsylvania 19103 | Natalie Finkelman Bennett<br>Shepherd, Finkelman, Miller & Shah, LLP<br>35 East State Street<br>Media, Pennsylvania 19063 |

*Additional Plaintiffs' Counsel*