IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: COMCAST CORP. SET-TOP CABLE TELEVISION BOX ANTITRUST LITIGATION | CIVIL ACTION NO. 09-md-2034 |

## ORDER

AND NOW, this 15th day of October, 2014, it is **ORDERED** that:

- Plaintiffs' Unopposed Motion to Withdraw Initial Motion for Preliminary Approval and Amendment Thereto (ECF No. 197) is **GRANTED** as follows:
    - Plaintiffs' Motion for Certification of a Settlement Class and Preliminary Approval of Class Action Settlement (ECF No. 178) is **WITHDRAWN**;
    - Plaintiffs' Amended Motion for Certification of a Settlement Class and Preliminary Approval of Class Action Settlement (ECF No. 181) is **WITHDRAWN**.

- Plaintiffs' Unopposed Motion to Withdraw Renewed Motion for Preliminary Approval (ECF No. 199) is **GRANTED** as follows:
    - Plaintiffs' Renewed Motion for Certification of a Settlement Class and Preliminary Approval of Class Action Settlement (ECF No. 196) is **WITHDRAWN**.

- Plaintiffs' Motion for Leave to File a Fourth Amended Consolidated Class Action Complaint and Voluntarily Dismiss Claims of Former Comcast Subscribers (ECF No. 195) is **DENIED**.

- The Motion of Plaintiff State of West Virginia to Sever and Remand Civil Penalty and Injunctive Relief Claims (ECF No. 79) and Defendants' Motion to Compel Arbitration and Stay Action (ECF No. 127) are **DENIED without prejudice** because they are stale. Updated versions of these motions may be filed pursuant to the following schedule:
    - Motions must be filed **on or before November 12, 2014**; and
    - Responses must be filed **on or before November 26, 2014**.

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to:

O:\ABB 2014\A - K\Comcast Order re Outstanding Motions.docx

2