**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: COMCAST CORP. SET-TOP CABLE TELEVISION BOX ANTITRUST LITIGATION _____ | ) ) ) ) ) |

CIVIL ACTION NO. 2:09-md-02034-AB

## PLAINTIFFS' MOTION FOR CERTIFICATION OF A SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs James E. Deanne, William Gonzales and Patrick Morrisey, the Attorney General of the State of West Virginia, respectfully move, on behalf of themselves and the proposed Class, for an order (1) certifying a settlement class (the "Class"), (2) granting preliminary approval to the third amended class action settlement with Defendants Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Communications, LLC, and Comcast Cable Communications Holdings, Inc., (3) approving the forms of Notice and directing Notice to the Class, (4) approving the proposed Claim Form, (5) appointing a Claims Administrator to disseminate Notice and receive and process Class members' claims; and (6) setting a schedule for completion of the Settlement approval process.

The reasons in support of this amended motion are set forth in Plaintiffs' accompanying memorandum of law.

Dated: September 11, 2015

Respectfully submitted,

_/s/ Dianne M. Nast_____

Stephen A. Corr
Stark and Stark
777 Township Line Road, Suite 120
Yardley, Pennsylvania 19067

*Plaintiffs' Liaison Counsel*

Dianne M. Nast
Erin C. Burns
NastLaw LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107

*Plaintiffs' Lead Counsel*

Kenneth A. Wexler
Edward A. Wallace
Amy E. Keller
Wexler Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60602

Michael L. Murphy
John W. Barrett
Bailey & Glasser, LLP
209 Capitol Street
Charleston, West Virginia 25301

Robert L. Devereux
Devereux Murphy LLC
190 Carondelet Plaza, Suite 1100
St. Louis, Missouri 63105

Robert M. Foote
Matthew J. Herman
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street, Suite 2
Geneva, Illinois 60134

Leonard V. Fodera
Fodera & Long
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Daniel E. Becnel, Jr.
Daniel E. Becnel, III
Matthew B. Moreland
Becnel Law Firm
P.O. Drawer H
Reserve, Louisiana 70084

Peter Macuga
Macuga, Liddle & Dubin, P.C.
975 East Jefferson Avenue
Detroit, Michigan 48207-3101

Joe R. Whatley, Jr.
WhatleyKallas, LLP
1180 Avenue of the Americas
20th Floor
New York, NY 10036

William M. Sweetnam
Sweetnam LLC
100 North La Salle Street, Suite 1010
Chicago, Illinois 60602

Harry F. Bell, Jr.
William L. Bands
Jonathan W. Price
The Bell Law Firm, PLLC
30 Capitol Street
Charleston, West Virginia 25301

John F. Edgar
Michael D. Pospisil
Edgar Law Firm LLC
1032 Pennsylvania Avenue
Kansas City, Missouri 64105

Daniel E. Gustafson
Karla M. Gluek
Gustafson Gluek, PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402

Dennis G. Pantazis
Brian M. Clark
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203

*Plaintiffs' Steering Committee*

Anthony J. Medico
Frank Napolitano
The Law Offices of
Medico & Napolitano, LLC
7 Benedict Place
Greenwich, CT 06830

Kathleen C. Chavez
Chavez Law Firm, P.C.
28 North First Street, Suite 2
Geneva, Illinois 60134

John A. Corr
Law Office of John A. Corr
301 Richard Way
Collegeville, Pennsylvania 19426

Guido Saveri
Saveri & Saveri, Inc.
706 Sansome Street
San Francisco, California 94111

Brian G. Weber
Johns, Flaherty, & Collins, SC
Exchange Building
Suite 600, 205  5th Avenue South
P.O. Box 1626
La Crosse, Wisconsin 54602

Stephen W. Mullins
Luckey & Mullins, PLLC
Post Office Box 990
Ocean Springs, Mississippi 39566

Natalie Finkelman Bennett
Shepherd, Finkelman, Miller & Shah, LLP
35 East State Street
Media, Pennsylvania 19063

Robert S. Kitchenoff
Weinstein Kitchenoff & Asher LLC
1845 Walnut Street
Suite 1100
Philadelphia, Pennsylvania 19103

*Additional Plaintiffs' Counsel*