# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| _____ | : | |
| IN RE: COMCAST CORP. SET-TOP | : | |
| CABLE TELEVISION BOX | : | MULTIDISTRICT LITIGATION |
| ANTITRUST LITIGATION | : | NO. 09-md-2034 |
| _____ | : | |

## **ORDER**

**AND NOW**, this 5th__ day of November, 2015, it is **ORDERED** that Plaintiffs' Motion for Certification of a Settlement Class and Preliminary Approval of Class Action (ECF No. 228) is **DENIED**.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to:

1