IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

_____          :
                                        :
IN RE: COMCAST CORP. SET-TOP            :
CABLE TELEVISION BOX                    :   MULTIDISTRICT LITIGATION
ANTITRUST LITIGATION                    :   NO. 09-md-2034
_____          :

# ORDER

**AND NOW**, this 24TH __ day of ____November____, 2015, it is **ORDERED** that Plaintiffs' Unopposed Motion to Stay Pending Rule 23(f) Appeal (ECF No. 234) is **GRANTED**. It is further **ORDERED** that the action is **STAYED** and the Clerk's Office is directed to place the case in **SUSPENSE** pending disposition of the appeal.

                                        s/Anita B. Brody

                                        _____
                                        ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:     Copies **MAILED** on _____ to:

1