## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: COMCAST CORP. SET-TOP CABLE TELEVISION BOX ANTITRUST LITIGATION | )  CIVIL ACTION NO. 2:09-md-02034-AB<br>)<br>)<br>) |

## PLAINTIFFS' MOTION FOR CERTIFICATION OF A SETTLEMENT CLASS AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiffs James E. Deanne, William Gonzales, John Martich and Carrie D. Cooper, respectfully move, on behalf of themselves and the proposed Class, for an order (1) certifying a settlement class (the "Class"), (2) granting preliminary approval to the fourth amended class action settlement with Defendants Comcast Corporation, Comcast Holdings Corporation, Comcast Cable Communications, Inc., Comcast Cable Communications, LLC, and Comcast Cable Communications Holdings, Inc., (3) approving the forms of Notice and directing Notice to the Class, (4) approving the proposed Claim Form, (5) appointing a Claims Administrator to disseminate Notice and receive and process Class members' claims; and (6) setting a schedule for completion of the Settlement approval process.

The reasons in support of this amended motion are set forth in Plaintiffs' accompanying memorandum of law.

Dated: February 22, 2018

Respectfully submitted,

*/s/ Dianne M. Nast*

Stephen A. Corr
Begley, Carlin & Mandio, LLP
680 Middletown Boulevard
Langhorne, Pennsylvania  19047-0308

Dianne M. Nast
Erin C. Burns
NastLaw LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania 19107

*Plaintiffs' Liaison Counsel*

*Plaintiffs' Lead Counsel*

  
Kenneth A. Wexler
Edward A. Wallace
Wexler Wallace LLP
55 West Monroe Street, Suite 3300
Chicago, Illinois 60602

Michael L. Murphy
John W. Barrett
Bailey & Glasser, LLP
209 Capitol Street
Charleston, West Virginia 25301

Robert L. Devereux
Devereux Murphy LLC
190 Carondelet Plaza, Suite 1100
St. Louis, Missouri 63105

Robert M. Foote
Matthew J. Herman
Foote, Meyers, Mielke & Flowers, LLC
28 North First Street, Suite 2
Geneva, Illinois 60134

Daniel E. Becnel, Jr.
Daniel E. Becnel, III
Matthew B. Moreland
Becnel Law Firm
P.O. Drawer H
Reserve, Louisiana 70084

Peter Macuga
Macuga, Liddle & Dubin, P.C.
975 East Jefferson Avenue
Detroit, Michigan 48207-3101

William M. Sweetnam
Sweetnam LLC
100 North La Salle Street, Suite 1010
Chicago, Illinois 60602

Leonard V. Fodera
Fodera & Long
1500 Walnut Street, Suite 900
Philadelphia, Pennsylvania 19102

Harry F. Bell, Jr.
William L. Bands
Jonathan W. Price
The Bell Law Firm, PLLC
30 Capitol Street
Charleston, West Virginia 25301

John F. Edgar
Michael D. Pospisil
Edgar Law Firm LLC
1032 Pennsylvania Avenue
Kansas City, Missouri 64105

Daniel E. Gustafson
Karla M. Gluek
Gustafson Gluek, PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, Minnesota 55402

Dennis G. Pantazis
Brian M. Clark
Wiggins, Childs, Quinn & Pantazis, LLC
The Kress Building
301 Nineteenth Street North
Birmingham, Alabama 35203

*Plaintiffs' Steering Committee*

## <u>CERTIFICATION OF SERVICE</u>

I hereby certify that the foregoing Plaintiffs' Motion for Certification of a Settlement Class and Preliminary Approval of Class Action Settlement was filed and served via ECF upon all counsel of record on this 22nd day of February, 2018.

*/s/ Dianne M. Nast*
Dianne M. Nast
NastLaw LLC
1101 Market Street, Suite 2801
Philadelphia, Pennsylvania  19107