IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: COMCAST CORP. SET-TOP CABLE TELEVISION BOX ANTITRUST LITIGATION | : : : : : | CIVIL ACTION NO. 09-md-2034 |

**ORDER**

**AND NOW**, this __5th__ day of September, 2018, it is **ORDERED** that Plaintiffs' Motion for Certification of a Settlement Class and Preliminary Approval of a Class Action Settlement (ECF No. 266) is **GRANTED in part** and **DENIED in part** as follows:

- The Court preliminarily approves the Settlement Agreement and preliminarily certifies the Settlement Class.

- The Court denies the portion of the motion that seeks approval of the proposed Notice and proposed Claim Form, the appointment of a Claims Administrator, and the establishment of a schedule for completion of the Settlement approval process.

It is further **ORDERED** that, on or before **November 5, 2018**, Plaintiffs must submit an amended motion that only seeks approval of revised proposed forms of Notice, a revised proposed Claim Form, appointment of a Claims Administrator, and a revised proposed schedule for completion of the Settlement approval process.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on 9/5/2018

1