CERTIFIED MAIL

7015 0640 0002 3270 1853

U.S. POSTAGE PAID
PM 2-Day
TERRYVILLE, CT
06786
JUN 21, 19
AMOUNT
$25.95
R2305K133344-15

EDWARD W. ORR
DARLENE D. ORR
122 Ridge Road
Terryville, CT 06786

U.S. District Court for the
Eastern District of Pennsylvania
Clerk of the Court
601 Market Street, Room 2609
Philadelphia, PA 19106

PRIORITY MAIL
TRACKED INSURED
UNITED STATES POSTAL SERVICE
For Domestic Use Only
Label 107R, July 2013