IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE: COMCAST CORP. SET-TOP CABLE TELEVISION BOX ANTITRUST LITIGATION | : : : : | CIVIL ACTION NO. 09-md-2034 |

**ORDER**

**AND NOW**, this _24th _ day of September, 2019, it is **ORDERED** that:

- Plaintiffs' Motion for Final Certification of the Settlement Class and Final Approval of Class Action Settlement (ECF No. 277) is **GRANTED**.

- Plaintiffs' Motion for Award of Attorneys' Fees, Reimbursement of Litigation Expenses and Payment of Case Contribution Awards to the Class Representatives (ECF No. 278) is **GRANTED**. Accordingly, the Court approves an award of attorneys' fees and reimbursement expenses in the amount of $1,100,000. The Court also approves an incentive award for each named class representative in the amount of $1,000 (an aggregate amount of $4,000).

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on 9/24/2019

1